IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| QURAN HAMM, | : | Case No. 1:18-cv-820 |
| Petitioner, | : | Judge Matthew W. McFarland |
| vs. | : | |
| WARDEN, SOUTHERN OHIO CORRECTIONAL FACILITY, | : | |
| Respondent. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 13) AND DENYING MOTION STAY (DOC. 10) ACTION**

The Court has reviewed the Report and Recommendation (Doc. 13) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation. Accordingly, Petitioner's Motion to Stay (Doc. 10) this action is hereby **DENIED**.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE