# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

QURAN HAMM,

       Petitioner,    :    Case No. 1:18-cv-820

  - vs -                        District Judge Matthew W. McFarland
                                    Magistrate Judge Michael R. Merz

WARDEN, Southern Ohio
  Correctional Facility

                                    :
       Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in the above case is hereby transferred from Magistrate Judge Karen L. Litkovitz to Magistrate Judge Michael R. Merz.

May 13, 2020.

                                               s/ *Michael R. Merz*
                                         United States Magistrate Judge

,