IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| QURAN HAMM, | : | Case No. 1:18-cv-820 |
| Petitioner, | : | |
| | : | Judge Matthew W. McFarland |
| vs. | : | |
| RON ERDOS, WARDEN, SOUTHERN OHIO CORRECTIONAL FACILITY, | : | |
| Respondent. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. 22), DISMISSING PETITION WITH PREJUDICE, AND TERMINATING CASE**

The Court has reviewed the Report and Recommendations (Doc. 22) of United States Magistrate Judge Michael R. Merz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). As no objection to the Report and Recommendations has been filed and the time do so has expired, the Court hereby **ADOPTS** the Report and Recommendations in its entirety. Accordingly, the Petition for Writ of Habeas Corpus (Doc. 5) is hereby **DISMISSED** with prejudice. Because reasonable jurists would not disagree with this conclusion, Petitioner is **DENIED** a certificate of appealability and the Court **CERTIFIES** to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*. The Clerk shall **TERMINATE** this action on the Court's docket.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE